NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REALTIME TRACKER, INC.,**
*Plaintiff-Appellant*

**v.**

**RELX, INC., DBA LEXISNEXIS,**
*Defendant-Appellee*

---

2023-1756

---

Appeal from the United States District Court for the Southern District of New York in No. 1:21-cv-08815-PAE, Judge Paul A. Engelmayer.

---

## JUDGMENT

---

ROBERT K. GOETHALS, Leichtman Law PLLC, New York, NY, argued for plaintiff-appellant.

OLEG KHARITON, Dinsmore & Shohl LLP, Cincinnati, OH, argued for defendant-appellee. Also represented by JOHN DAVID LUKEN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, STOLL, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 12, 2024
Date

Jarrett B. Perlow
Clerk of Court